SIOUX FALLS NATIONAL BANK of Sioux Falls, Respondent v. WINGFIELD, Public Examiner, Appellant.

MINNEHAHA NATIONAL BANK, Respondent, v. WINGFIELD, Public Examiner, Appellant.

SECURITY NATIONAL BANK, Respondent v. WINGFIELD, Public Examiner, Appellant.

SCANDINAVIAN-AMERICAN NATIONAL BANK, Respondent, v. WINGFIELD, Public Examiner, Appellant.

(157 N. W. 115.)

(Files Nos. 3935-3936-3937-3938.    Opinion filed April 3, 1916.)

**Appeals—Failure to File Brief per Stipulation—Abandonment of Appeal—Affirmance.**

Where appellant failed to file brief pursuant to stipulation extending time therefor, and appellant being in default, the appeals will be deemed abandoned, and orders appealed from affirmed. ·

Appeals from Circuit Court, Minnehaha County.    Hon. Joseph W. Jones, Judge.

Four actions, one by the Sioux Falls National Bank, one by the Minnehaha National Bank, one by the Security National Bank, and one by the Scandinavian-American National Bank, all of Sioux Falls, South Dakota, against J. L. Wingfield as Public Examiner and as ex-officio Superintendent of Bank and Trust

Companies of the State of South Dakota. From adverse orders defendant appeals. Affirmed.

C. C. Caldwell, Attorney General, Lauritz Miller, Gardner & Churchill, and Gamble, Wagner & Danforth, for Appellant.

Bailey & Voorhees, Brown & Brown, French & Orvis, and Aikens & Judge, for Respondents.

PER CURIAM. Time for service of appellant's brief upon appeal in each of the above causes was, by order of court and by stipulation of counsel, extended to and including March 10, 1916. No brief having been filed and appellant being in default, the appeals are deemed abandoned, and the orders appealed from are affirmed.